# UNITED STATES DISTRICT COURT

Eastern **District of** California

United States of America
Plaintiff (s),

V.

Jesus Adrian RiosRamirez

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:26-MJ-00107-SAB-9

Notice is hereby given that, subject to approval by the court, Jesus Adrian Rios Ramirez (Party (s) Name) substitutes Timothy E. Nilan (Name of New Attorney), State Bar No. 190194 as counsel of record in place place of Patrick Aguirre (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Law Offices of Timothy E. Nilan

Address: 10825 Lakewood Blvd., Downey, CA 90241

Telephone: 562.862.1984 Facsimile 562.862.4350

E-Mail (Optional): timnilan@nilanlaw.com

I consent to the above substitution.

Date: Jesus Adrian Rios Ramirez 09/21/2026

/s/ Adrian Rios
(Signature of Party (s))

I consent to being substituted.

Date: 09/22/2026

/s/ Patrick S. Aguirre
Patrick S. Aguirre
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 09/21/2026

/s/ Timothy E. Nilan
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 25, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**